UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN NULF, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>      Defendants. | Civil Action No.: 1:23-cv-10999-ADB |
| THOMAS CRONIN, SIERRA ALLEN and CHERE ADAMS, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>      Defendants. | Civil Action No.: 1:23-CV-11007-ADB |
| VALERIE PHARR, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>      Defendants. | Civil Action No.: 1:23-cv-11053-AK |

ROBERTO CERDA, individually and on behalf of all others similarly situated,

                    Plaintiff,

     v.

ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,

                  Defendants.

Civil Action No.: 1:23-cv-11088-AK

---

REBECCA SCIFO, individually and on behalf of all others similarly situated,

                    Plaintiffs,

     v.

ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,

                  Defendants.

Civil Action No.: 1:23-CV-11143-ADB

---

PAMELA SMITH, on behalf of herself and all others similarly situated,

                    Plaintiff,

     v.

ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,

                  Defendants.

Civil Action No.: 1:23-cv-11205-ADB

## **ORDER OF DISMISSAL**

Burroughs, D. J.


      Pursuant to the court's Memorandum and Order [Doc. No. 51] granting Defendants' Joint Motion to Dismiss [Doc. No. 38], Plaintiffs' Amended Complaint [Doc. No. 29] is dismissed. This case and each of the consolidated cases, are CLOSED.

      IT IS SO ORDERED.

                        By the Court,


9/20/2024                             /s/ Caetlin McManus
    Date                                Deputy Clerk